Type name, address, phone number of applicant here
Christiana Jacxsens, 3290 Northside Parkway, Atlanta, GA 30327
678-553-2100

**FILED**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

08 APR 21 PM 4:12

CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Timberlake, et al

        Plaintiff(s),

v.

Synthes Spine Company, L.P.

        Defendant(s).

CASE NO.   3:08-mc-80067-VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,   CHRISTIANA JACXSENS   , an active member in good standing of the bar of   United States District Court, Northern District of Georgia   , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing   Synthes Spine Company, LP   in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:   Lisa L. Halko, 1201 K Street, Suite 1100 Sacramento, CA 95814, (916) 442-1111, Ext. 3010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-17-08