| Clerk's Use Only |
|---|
| Initial for fee pd.: |

1  Lori G. Cohen, 3290 Northside Parkway, Atlanta, GA 30327
   678-553-2100

2  (Name, address, and phone
   number of applicant)

FILED
08 APR 21 PM 4: 11
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3           UNITED STATES DISTRICT COURT

4           NORTHERN DISTRICT OF CALIFORNIA

5  Timberlake, et al.

6                                              CASE NO. 3:08-mc-80067-VRW
                Plaintiff(s),
7
       v.                                      APPLICATION FOR
8                                               ADMISSION OF ATTORNEY
   Synthes Spine Company, L.P.                  *PRO HAC VICE*
9
            Defendant(s).        /
10
       Pursuant to Civil L.R. 11-3,  LORI G. COHEN            , an active member in
11                              United States District Court, Northern District of Georgia
   good standing of the bar of ~~Georgia~~                              , hereby applies
12
   for admission to practice in the Northern District of California on a pro hac vice basis
13
   representing  Synthes Spine Company, LP    in the above-entitled action.
14
       In support of this application, I certify on oath that:
15
       1.    I am an active member in good standing of a United States Court or of the highest
16
             court of another State or the District of Columbia, as indicated above;
17
       2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
18
             Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
19
             become familiar with the Local Rules and the Alternative Dispute Resolution
20
             programs of this Court; and,
21
       3.    An attorney who is a member of the bar of this Court in good standing and who
22
             maintains an office within the State of California has been designated as co-
23
             counsel in the above-entitled action. The name, address and telephone number of
24
             that attorney is:  Lisa L. Halko, 1201 K Street, Suite 1100
25           Sacramento, CA 95814, (916) 442-1111, Ext. 3010

26

27
       I declare under penalty of perjury that the foregoing is true and correct.
28

Dated: 4-17-08