Lisa L. Halko
California State Bar No. 148873
GREENBERG TRAURIG, L.L.P.
1201 K Street, Suite 1100
Sacramento, California 95814
(916) 442-1111 - Telephone
(916) 448-1709 - Facsimile

**OF COUNSEL:**
Lori G. Cohen
Georgia State Bar No. 174455
Christiana C. Jacxsens
Georgia State Bar No. 233912
Pro Hace Vice Admission Pending
GREENBERG TRAURIG, L.L.P.
The Forum
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
(678) 553-2100 - Telephone
(678) 553-2212 - Facsimile

*Attorneys for Defendants*
*Synthes Spine Company, L.P.*
*and Spine Solutions, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CALVIN TIMBERLAKE and KAREN TIMBERLAKE,<br><br>   Plaintiffs,<br><br>vs.<br><br>SYNTHES SPINE COMPANY, L.P.<br><br>   Defendant<br>_____ | ) CASE NO. CV 08 80067MISC<br>)<br>) **CASE NO. 6-08-CV-0004 (S.D. Tex.)**<br>)<br>) **CONSENT MOTION FOR STAY OF ALL PROCEEDINGS AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**<br>) |

1                                                                 Case No. CV 08 80067 MISC
Consent Motion For Stay Of All Proceedings And Memorandum In Support

COME NOW Plaintiffs Calvin Timberlake and Karen Timberlake (hereinafter "Plaintiffs") and Defendants Synthes Spine Company, L.P. and Spine Solutions, Inc. (hereinafter "Defendants") (hereinafter collectively "the Parties") and hereby stipulate and respectfully move for a stay of all proceedings in this Court pending a decision from the United States District Court for the Southern District of Texas, Victoria Division regarding Defendants' Motions for Protective Order and Objections to Plaintiffs' Third-Party Subpoenas ("Motions for Protective Order"), as outlined in the Parties' Stipulation of Agreement Regarding Plaintiffs' Subpoenas for Records. A true and correct copy of the Parties' Stipulation of Agreement Regarding Plaintiffs' Subpoenas for Records is attached hereto as Exhibit A.

I.

FACTUAL AND PROCEDURAL BACKGROUND

1. Plaintiffs filed their First Amended Original Complaint in this matter on February 21, 2008 in the United States District Court For The Southern District Of Texas Victoria Division. Defendant Synthes Spine Company, L.P. ("Synthes") filed its Answer to Plaintiffs' First Amended Original Complaint and its Motion to Dismiss or in the Alternative to Transfer Venue on March 13, 2008. Defendant Spine Solutions, Inc. ("Spine Solutions") filed its Answer to Plaintiffs' First Amended Original Complaint and Motion to Transfer Venue on March 31, 2008. Upon information and belief, Defendants Viscogliosi Brothers, L.L.C., Marc R. Viscogliosi, John J. Viscogliosi, and Anthony G. Viscogliosi were served with Plaintiffs' First Amended Original Complaint on March 26, 2008, but have not yet filed responsive pleadings.

2. Plaintiffs, in violation of FED.R.CIV.P. 26(d), prematurely served ten non-party subpoenas for records on various physicians and entities in six different district courts. Defendants Synthes and Spine Solutions filed Motions for Protective Order in the Southern District of Texas requesting that the Court

preclude Plaintiffs' non-party subpoenas. Defendant Synthes also filed Motions to Quash or, in the Alternative, Stay Plaintiffs' Non-Party Subpoena in the six different district courts.

I.

ARGUMENT AND CITATION OF AUTHORITY

3.　The Court has broad discretionary powers to stay the proceedings before it. Landis v. North American Co., 229 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigation."); Morrison v. Amway Corp., 49 F.Supp.2d 529, 532 (S.D.Tex. 1998) (citing and quoting Landis). This Court should exercise its discretion to stay this case until there is a ruling on the pending Motions for Protective Order filed by Defendants Synthes and Spine Solutions.

4.　Plaintiffs admit to prematurely serving the subpoenas at issue in this Court. Plaintiffs and Defendants recognize that the Motions for Protective Order filed by Defendants Synthes and Spine Solutions will directly affect the validity and breadth of the subpoenas at issue in the six different district courts. Plaintiffs and Defendants Synthes and Spine Solutions agree that no hearings will be scheduled or will proceed in any of the courts where the subpoenas are pending prior to a ruling on Defendants Synthes' and Spine Solutions' Motions for Protective Order. Defendants Synthes and Spine Solutions in no way waive their right to pursue their Motions to Quash and objections in any of the other courts where the subpoenas are pending. Further, Plaintiffs' and Defendants Synthes' and Spine Solutions' consent to stay the issue of the non-party subpoena at issue in the other courts in no way affects the non-parties' right to object or otherwise respond to the subpoenas.

/ / /

/ / /

| | |
|---|---|
| 1 | Consented and agreed to on this 24th day of April, 2008, by: |
| 2 | **GREENBERG TRAURIG, L.L.P.** |
| 3 | /s/ Lori G. Cohen____ |
| 4 | Lori G. Cohen<br>Georgia State Bar No. 174455 |
| 5 | *Pro Hac Vice Admission Pending* |
| 6 | Christiana C. Jacxsens<br>Georgia State Bar No. 233912 |
| 7 | *Pro Hace Vice Admission Pending*<br>GREENBERG TRAURIG, L.L.P. |
| 8 | The Forum<br>3290 Northside Parkway, Suite 400 |
| 9 | Atlanta, GA 30327<br>(678) 553-2100 - Telephone |
| 10 | (678) 553-2212 - Facsimile |
| 11 | *Attorneys for Defendants*<br>*Synthes Spine Company, L.P.* |
| 12 | *and Spine Solutions, Inc.* |
| 13 | Consented and agreed to on this 24th day of April, 2008 by: |
| 14 | COLE, COLE & EASLEY, P.C. |
| 15 |   /s/  James W. Cole     |
| 16 | James W. Cole<br>State Bar No. 04538500 |
| 17 | Federal ID No. 5886<br>William B. Sciba, III. |
| 18 | 302 W. Forrest Street |
| 19 | P.O. Drawer 510<br>Victoria, Texas 77902 |
| 20 | Phone: (361) 575-0551<br>Fax: (361) 575-0986 |
| 21 | ATTORNEYS FOR PLAINTIFFS |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case 3:08-mc-80067-VRW   Document 4   Filed 04/24/2008   Page 5 of 10

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| CALVIN TIMBERLAKE and<br>KAREN TIMBERLAKE,<br><br>      **Plaintiffs,**<br><br>vs.<br><br>SYNTHES SPINE COMPANY, L.P.,<br>et al.<br><br>      **Defendants** | )<br>)<br>)<br>)<br>)<br>) CASE NO. 6-08-CV-4<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF AGREEMENT REGARDING
PLAINTIFFS' SUBPOENAS FOR RECORDS**

To the Honorable Judge of Said Court, the parties stipulate as follows:

1. Plaintiffs filed their First Amended Original Complaint on February 21, 2008;

2. Defendant Synthes Spine Company, L.P. ("Synthes") filed its Answer to Plaintiffs' First Amended Original Complaint and Motion to Dismiss or in the Alternative to Transfer Venue on March 13, 2008;

3. Defendant Spine Solutions, Inc. ("Spine Solutions") filed its Answer to Plaintiffs' First Amended Original Complaint and Motion to Transfer Venue on March 31, 2008;

4. Upon information and belief, Defendants Viscogliosi Brothers, L.L.C., Marc R. Viscogliosi, John J. Viscogliosi, and Anthony J. Viscogliosi have been served with Plaintiffs' Amended Complaint, but have not yet filed responsive pleadings;

5. Plaintiffs, in violation of FED.R.CIV.P. 26(d), prematurely served ten non-party subpoenas for records on various physicians and entities in the Northern District of California, the Southern District of California, the Southern District of New York, the Eastern District of Pennsylvania, the Western District of Tennessee and the Eastern District of Texas;

1

6. Defendants Synthes and Spine Solutions filed Motions for Protective Order in this Court requesting that the Court preclude Plaintiffs' non-party subpoenas;

7. Defendant Synthes also filed Motions to Quash or, in the Alternative, Stay Plaintiffs' Non-Party Subpoenas in the respective districts for all ten subpoenas issued by Plaintiffs;

8. Plaintiffs and Defendants Synthes and Spine Solutions agree to stay any and all offensive and defensive actions related to said subpoenas until ten (10) days after the Court issues a ruling on the pending Motions to Transfer filed by Synthes and Spine Solutions;

9. Plaintiffs shall be required to respond with regard to all pending Motions for Protective Order and Motions to Quash on or before ten (10) days from the date the Court issues a ruling on the pending Motions to Transfer;

10. Plaintiffs and Defendants Synthes and Spine Solutions agree that no hearings will be scheduled, nor will the parties proceed in any of the courts where the subpoenas are pending prior to a ruling on Defendants Synthes' and Spine Solutions' Motions for Protective Order by this Court or by the Southern District of Texas, Houston Division, should this case be transferred. Defendants Synthes and Spine Solutions in no way waive their right to pursue their Motions to Quash and objections properly filed in the courts where the subpoenas are pending;

11. Plaintiffs agree to withdraw any non-party subpoenas issued, but not yet served and the effected non-parties should not be required to respond or object to Plaintiffs' subpoenas during the agreed-upon time period in which this issue is stayed; and,

12. Plaintiffs' and Defendants Synthes' and Spine Solutions' agreement to stay the issue of the non-party subpoenas in no way affects the non-parties' right to object or otherwise respond to the subpoenas, except for as expressly provided above.

Agreed and accepted this 18th day of April, 2008.

    Respectfully submitted,

    **GREENBERG TRAURIG, L.L.P.**

    _____/s/ Lori G. Cohen_____
    Lori G. Cohen

2

Georgia State Bar No. 174455
*Admitted Pro Hac Vice*

The Forum
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
(678) 553-2100 - Telephone
(678) 553-2212 - Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANTS SYNTHES SPINE COMPANY, L.P. AND SPINE SOLUTIONS, INC.**

**OF COUNSEL:**

**GREENBERG TRAURIG, L.L.P.**

Christiana C. Jacxsens
Georgia State Bar No. 233912
*Admitted Pro Hac Vice*

The Forum
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
(678) 553-2100 - Telephone
(678) 553-2212 - Facsimile

Lionel Martin
Texas State Bar No. 24037032
Federal ID: 33682

1000 Louisiana, 18th Floor
Houston, Texas 77002
(713) 374-3500 - Telephone
(713) 374-3505 - Facsimile

**COLE, COLE & EASLEY, P.C.**

   /s/  James W. Cole
James W. Cole
State Bar No. 04538500
Federal ID No. 5886
William B. Sciba, III.

302 W. Forrest Street

3

        P.O. Drawer 510
Victoria, Texas 77902
Phone: (361) 575-0551
Fax: (361) 575-0986

**ATTORNEYS FOR PLAINTIFFS**

Case 3:08-mc-80067-VRW    Document 4    Filed 04/24/2008    Page 9 of 10

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Greenberg Traurig LLP, and my business address is 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**Consent Motion For Stay Of All Proceedings And Incorporated Memorandum In Support Thereof; [Proposed Order Granting Consent Motion To Stay Proceedings**

☐ By placing a true copy, in a sealed envelope, with postage fully prepaid, in the United States Post Office mail at Sacramento, California, addressed as set forth below. I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box after the close of the day's business.

☐ By personal delivery of a true copy to the person and at the address set forth below.

☒ By Federal Express Mail to the person and at the address set forth below.

☐ By transmitting via ELECTRONIC MAIL (EMAIL) the document(s) listed above to the EMAIL addresses set forth below on this date at approximately ____ pm from my computer. The transmission was reported as complete and without error by the computer. I caused the computer to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting computer.

| | |
|---|---|
| James W. Cole<br>Cole, Cole & Easley, P.C.<br>302 W. Forrest Street<br>P.O. Drawer 510<br>Victoria, Texas 77902 | Jim Zucherman, M.D.<br>1 Shrader Street, # 450<br>San Francisco, California 94117 |
| Viscogliosi Brothers, LLC<br>Anthony G. Viscogliosi<br>Marc. R. Viscogliosi<br>John J. Viscogliosi<br>505 Park Avenue, 14th Floor<br>New York, New York 10022 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 24, 2008, at Sacramento, California.

*/s/ JAN AINSWORTH*

ATL168519301

5                                         Case No. CV 08 80067 MISC
Consent Motion For Stay Of All Proceedings And Memorandum In Support