1  Lisa L. Halko
   California State Bar No. 148873
2  GREENBERG TRAURIG, L.L.P.
   1201 K Street, Suite 1100
3  Sacramento, California 95814
   (916) 442-1111 - Telephone
4  (916) 448-1709 - Facsimile

5  **OF COUNSEL:**

6
   Lori G. Cohen
7  Georgia State Bar No. 174455
   Pro Hace Vice Admission Pending
8  Christiana C. Jacxsens
   Georgia State Bar No. 233912
9  Pro Hace Vice Admission Pending
   GREENBERG TRAURIG, L.L.P.
10 The Forum
   3290 Northside Parkway, Suite 400
11 Atlanta, GA 30327
   (678) 553-2100 - Telephone
12 (678) 553-2212 – Facsimile

13 *Attorneys for Defendants*
   *Synthes Spine Company, L.P.*
14 *and Spine Solutions, Inc.*

15              **UNITED STATES DISTRICT COURT**

16          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                     **SAN FRANCISCO**

18

19 **CALVIN TIMBERLAKE and**          ) CASE NO.  CV 08 80067MISC
20 **KAREN TIMBERLAKE,**              )
                                      ) **CASE NO. 6-08-CV-0004 (S.D.**
21          **Plaintiffs,**           ) **Tex.)**
                                      )
22          **vs.**                   ) **[PROPOSED] ORDER**
                                      ) **GRANTING CONSENT**
23 **SYNTHES SPINE COMPANY, L.P.**    ) **MOTION TO STAY**
                                      ) **PROCEEDINGS**
24          **Defendant**             )
                                      )
25 _____     )

26                          <u>**ORDER**</u>

27      Before the Court is Plaintiffs Calvin Timberlake and Karen Timberlake and

28 Defendants Synthes Spine Company, L.P. and Spine Solutions, Inc.'s (hereinafter

                                        1

collectively "the Parties") Consent Motion for Stay of These Proceedings pursuant to the Parties' Stipulation of Agreement Regarding Plaintiffs' Subpoena for Records. Considering the Motion, the evidence, argument of counsel if any, and all papers on file, the Court finds the Motion should be GRANTED.

It is ORDERED that (1) no hearings will be scheduled nor will the Parties proceed in this Court with respect to Plaintiffs' Subpoena for Records or Defendants' Motions to Quash prior to a ruling on Defendants' Motions for Protective Order by the Southern District of Texas in the matter of *Calvin Timberlake and Karen Timberlake v. Synthes Spine Company, L.P., et al*, U.S.D.C. Southern District of Texas, Victoria Divisions, 6-08-CV-4; (2) Defendants Synthes and Spine Solutions in no way waive their right to pursue their Motions to Quash and objections properly filed in the courts where the subpoenas are pending; and (3) Plaintiffs will withdraw any non-party subpoenas issued, but not yet served and the effected non-parties will not be required to respond or object to Plaintiffs' subpoenas during the specified time period in which this issue is stayed.

SIGNED this _____ day of _____, 2008.

_____

JUDGE OF THE US DISTRICT COURT

*ATL 16,851,386v2 4/23/2008*