**UNITED STATES DISTRICT COURT**

**Northern District of California**

**FILED**
APR 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Timberlake, et al.

CASE NO. 3:08-mc-80067-VRW

Plaintiff(s),

v.

Synthes Spine Company, L.P.

Defendant(s).

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

CHRISTIANA JACXSENS, an active member in good standing of the bar of UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA whose business address and telephone number (particular court to which applicant is admitted) is

GREENBERG TRAURIG LLP
3290 Northside Parkway, The Forum, Suite 400
Atlanta, GA 30327
678-553-2100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Synthes Spine Company, L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg 4/23/08

VAUGHN R. WALKER
United States ~~Magistrate~~ District Judge

COPIES MAILED TO SUBMITTING COUNSEL



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

    I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **CHRISTIANA C. JACXSENS, 233912,** was duly admitted to practice in said Court on March 3, 2003 and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 4th day of April, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk

