Lisa L. Halko
California State Bar No. 148873
GREENBERG TRAURIG, L.L.P.
1201 K Street, Suite 1100
Sacramento, California 95814
(916) 442-1111 - Telephone
(916) 448-1709 - Facsimile

OF COUNSEL:

Lori G. Cohen
Georgia State Bar No. 174455
Pro Hace Vice Admission Pending
Christiana C. Jacxsens
Georgia State Bar No. 233912
Pro Hace Vice Admission Pending
GREENBERG TRAURIG, L.L.P.
The Forum
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
(678) 553-2100 - Telephone
(678) 553-2212 – Facsimile

*Attorneys for Defendants
Synthes Spine Company, L.P.
and Spine Solutions, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CALVIN TIMBERLAKE and KAREN TIMBERLAKE, <br><br> Plaintiffs, <br><br> vs. <br><br> SYNTHES SPINE COMPANY, L.P. <br><br> Defendant | CASE NO. CV 08 80067MISC   VRW <br><br> CASE NO. 6-08-CV-0004 (S.D. Tex.) <br><br> [PROPOSED] ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS |

## ORDER

Before the Court is Plaintiffs Calvin Timberlake and Karen Timberlake and

Defendants Synthes Spine Company, L.P. and Spine Solutions, Inc.'s (hereinafter

1    Case No. CV 08 80067 MISC

[Proposed] Order Granting Consent Motion To Stay Proceedings

collectively "the Parties") Consent Motion for Stay of These Proceedings pursuant to the Parties' Stipulation of Agreement Regarding Plaintiffs' Subpoena for Records. Considering the Motion, the evidence, argument of counsel if any, and all papers on file, the Court finds the Motion should be GRANTED.

It is ORDERED that (1) no hearings will be scheduled nor will the Parties proceed in this Court with respect to Plaintiffs' Subpoena for Records or Defendants' Motions to Quash prior to a ruling on Defendants' Motions for Protective Order by the Southern District of Texas in the matter of *Calvin Timberlake and Karen Timberlake v. Synthes Spine Company, L.P., et al*, U.S.D.C. Southern District of Texas, Victoria Divisions, 6-08-CV-4; (2) Defendants Synthes and Spine Solutions in no way waive their right to pursue their Motions to Quash and objections properly filed in the courts where the subpoenas are pending; and (3) Plaintiffs will withdraw any non-party subpoenas issued, but not yet served and the effected non-parties will not be required to respond or object to Plaintiffs' subpoenas during the specified time period in which this issue is stayed.

SIGNED this __25th__ day of __April__, 2008.

_____
JUDGE OF THE US DISTRICT COURT

ATL 16,851,386v2 4/23/2008