1  Lisa L. Halko
   California State Bar No. 148873
2  GREENBERG TRAURIG, L.L.P.
   1201 K Street, Suite 1100
3  Sacramento, California 95814
   (916) 442-1111 - Telephone
4  (916) 448-1709 - Facsimile

5  OF COUNSEL:

6
   Lori G. Cohen
7  Georgia State Bar No. 174455
   Pro Hace Vice Admission Pending
8  Christiana C. Jacxsens
   Georgia State Bar No. 233912
9  Pro Hace Vice Admission Pending
   GREENBERG TRAURIG, L.L.P.
10 The Forum
   3290 Northside Parkway, Suite 400
11 Atlanta, GA 30327
   (678) 553-2100 - Telephone
12 (678) 553-2212 – Facsimile

13 *Attorneys for Defendants*
   *Synthes Spine Company, L.P.*
14 *and Spine Solutions, Inc.*

15            **UNITED STATES DISTRICT COURT**

16      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                    **SAN FRANCISCO**

18

19 **CALVIN TIMBERLAKE and**     ) CASE NO.  CV 08 80067MISC
20 **KAREN TIMBERLAKE,**         )
                                 ) **CASE NO. 6-08-CV-0004 (S.D.**
21        **Plaintiffs,**        ) **Tex.)**
                                 )
22          **vs.**              ) **PROOF OF SERVICE**
                                 )
23 **SYNTHES SPINE COMPANY, L.P.** )
                                 )
24        **Defendant**          )
                                 )
25 _____ )

26

27

28

                            1              Case No. CV 08 80067 MISC

ATL 16 874 344v2

1

2

## DECLARATION OF SERVICE

3
       I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

4

5
**1. STIPULATION OF AGREEMENT REGARDING PLAINTIFFS' SUBPOENAS FOR RECORDS;**

6

7
**2. [PROPOSED] ORDER GRANTING WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFFS' NON-PARTY SUBPOENA ON JAES ZUCHERMAN, M.D.**

8

9
☒    by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

10

11
      James W. Cole                        *Attorneys for Plaintiffs*
      302 W. Forrest Street

12
      P.O. Box Drawer 510
      Victoria Texas 77902

13
      361.575.0551
      361.575.0986 fax

14

15
☒    **BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

16

17
☐    and **BY FACSIMILE:** I caused such document(s) to be transmitted by facsimile transmission from (916) 448-1709 to the person(s) and facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine.

18

19

20
       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

21

22
       Executed on June 19, 2008 at Sacramento, California.

23

24
                          IVONE CUYUN

25

26

27

28